UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| v. | ) ) ) | Case No. 1:16-cr-00043-LMB-2 |
| SMRITI JHARIA, | ) ) ) | |
| Defendant. | ) ) | |

ENTRY OF APPEARANCE

Please take notice that Steven J. McCool, Esquire, hereby enters his appearance for the defendant, Smriti Jharia, in the above-captioned case.

Respectfully submitted,

　　/s/ Steven J. McCool, Esq.　　
STEVEN J. McCOOL
Virginia Bar No. 89860
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 393-7088
Fax: (202) 293-3499
smccool@mallonandmccool.com

*Counsel for Smriti Jharia*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April 2016, the foregoing Entry of Appearance was served by ECF upon:

Paul Nitze
Assistant United States Attorney
 for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

Angela Fiorentino-Rios
Assistant United States Attorney
 for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

    /s/ Steven J. McCool, Esq.
STEVEN J. McCOOL
Virginia Bar No. 89860
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone:  (202) 393-7088
Fax:  (202) 293-3499
smccool@mallonandmccool.com

*Counsel for Smriti Jharia*