# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cr-00043-LMB-6 |
| Raimondo Piluso | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Raimondo Piluso.

Date: 04/29/2016

/s/ Nina J. Ginsberg
*Attorney's signature*

Nina J. Ginsberg/VSB No. 19472
*Printed name and bar number*

DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314

*Address*

nginsberg@dimuro.com
*E-mail address*

(703) 684-4333
*Telephone number*

(703) 548-3181
*FAX number*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 29th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

            /s/ _____
            Nina J. Ginsberg, Esquire
            VSB No. 19472
            *Counsel for Defendant Raimondo Piluso*
            DiMuroGinsberg, P.C.
            1101 King Street, Suite 610
            Alexandria, VA 22314
            703-684-4333
            703-548-3181 (Fax)
            nginsberg@dimuro.com