IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No.: 1-16-CR-00043 (LMB) |
| RICHA NARANG | ) |
| Defendant. | ) |

## WAIVER OF RIGHTS PURSUANT TO 18 U.S.C. § 3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within SEVENTY (70) DAYS from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby knowingly and voluntarily waive my rights pursuant to 19 U.S.C. § 3161(c)(1) and consent to trial at such time as the Court may deem appropriate.

Date: 5/11/16

RICHA NARANG

/s/ Bruce M. Cooper
BRUCE M. COOPER
VSB#37997
717 D Street, NW
Suite 300
Washington, DC 20004
(202) 628-8494  telephone
(202) 618-6227  facsimile
brucecooperlaw@gmail.com

So Ordered

/s/ LMB  5/12/16
Leonie M. Brinkema
United States District Judge