IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)    1:16cr43 (LMB)<br>)<br>VIKRANT JHARIA )<br>SANCHITA BHATTACHARYA, )<br>)<br>Defendants. | |

ORDER

For the reasons stated in open court, defendants' oral motion to dismiss, supported by a Joint Memorandum in Support of Motion to Dismiss the Indictment with Prejudice [Dkt. No. 153],[1] is GRANTED and it is hereby

ORDERED that this case be and is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the orders setting conditions of release entered as to defendants Vikrant Jharia [Dkt. No. 13] and Sanchita Bhattacharya [Dkt. No. 16] be and are VACATED.

The Clerk is directed to forward copies of this Order to counsel of record and the U.S. Probation Office.

Entered this 26 day of October, 2016.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

---

[1] As reflected in the record, the government simultaneously requested a mistrial, explaining that it cannot say with confidence that it met its discovery obligations in this case.